UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

**FILED**
FEB -5 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Luigi Buitrago
2144 California Street NW apt 904
Washington, DC 20008

VS.

Case: 1:18-cv-00261   (H Deck)
Assigned To : Sullivan, Emmet G.
Assign. Date : 2/5/2018
Description: Employ. Discrim.

D.C. Department of Health
899 North Capitol Street, NE
Washington, DC 20002

**COMPLAINT**

Following a job related accident that occurred in July 2006, I have experienced several instances of discriminatory practices from several supervisors/administrative personnel at the D.C. Department of Health. The discrimination has been based on national origin and sexual orientation as well as permanent disabilities.

In 2011 after returning to work from Total Disability, I was let go from my position without a cause and the employer asserted a Reduction of Personnel. At that point I took my case to the Equal Employment Opportunity Commission (EEOC). Subsequently, the employer and I reached a settlement agreement wherein it was agreed to have me returned to work without fault or consequence. That agreement was broken and I have been subjected to further discrimination as noted in the attached memo from the D.C. Human Resources EEO officer and the exit letter.

After several grievances were raised with the employer and a new complaint submitted to the EEOC, I am now forced to come before this court to have my case heard and ask for a determination.

In the form of relief, I request the following: the DC Department of Health to return me to a Career Permanent Position, Grade 12 Step 10 Public Health Analyst; back pay, sick and annual leave, retirement benefits since termination and separation; restoration of all benefits and insurances and reimbursement of all out of pocket premiums; flex schedule and administrative leave to continue to attend medical visits as ordered by ORM; ergonomic work station as requested by physician; cease and desist ongoing harassment, retaliation, and any other punitive action on both labor and risk management cases; attorney fees; and any other remedies deemed necessary.

**RECEIVED**
FEB -5 2018
Clerk, U.S. District and
Bankruptcy Courts

Furthermore, the information contained in the attached memo, exit letter, and prior settlement agreement with the DC Department of Health should be understood as supplementing the facts substantiating my case.

Luigi Buitrago
2144 California Street NW apt. 904
Washington DC, 20008